**No. 09-9252. Juan Holguin De La Cruz, Petitioner v. United States.**

559 U.S. 1025, 130 S. Ct. 1931, 176 L. Ed. 2d 398, 2010 U.S. LEXIS 2441.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 353 Fed. Appx. 780.

■

**No. 09-9256. Jose Israel Hernandez-Morales, aka David Hernandez-Morales, Petitioner v. United States.**

559 U.S. 1025, 130 S. Ct. 1931, 176 L. Ed. 2d 398, 2010 U.S. LEXIS 2462.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 354 Fed. Appx. 123.

■

**No. 09-9257. Daniel Carl Hicks, Petitioner v. United States.**

559 U.S. 1025, 130 S. Ct. 1931, 176 L. Ed. 2d 398, 2010 U.S. LEXIS 2380.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

■

**No. 09-9259. Sergio Garcia-Velazco, Petitioner v. United States.**

559 U.S. 1025, 130 S. Ct. 1931, 176 L. Ed. 2d 398, 2010 U.S. LEXIS 2413.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 356 Fed. Appx. 571.

■

**No. 09-9261. Christopher Grisel, Petitioner v. United States.**

559 U.S. 1025, 130 S. Ct. 1931, 176 L. Ed. 2d 398, 2010 U.S. LEXIS 2429.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 344 Fed. Appx. 218.

■

**No. 09-9262. Sammy Edward French, Jr., aka Samuel Edward French, Jr., Petitioner v. United States.**

559 U.S. 1025, 130 S. Ct. 1932, 176 L. Ed. 2d 398, 2010 U.S. LEXIS 2371.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 357 Fed. Appx. 177.

■

**No. 09-9269. Derrick Mosley, Petitioner v. United States.**

559 U.S. 1025, 130 S. Ct. 1932, 176 L. Ed. 2d 398, 2010 U.S. LEXIS 2398.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 353 Fed. Appx. 49.

■

**No. 09-9276. Jorge Breton-Rodriguez, Petitioner v. United States.**

559 U.S. 1025, 130 S. Ct. 1932, 176 L. Ed. 2d 398, 2010 U.S. LEXIS 2425.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 810.